[No. 62791-1-I.   Division One.   March 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME STEVEN
TALLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 07-1-08035-6, Jim Rogers, J., entered December 15, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler, C.J., and Cox, J.

[No. 62923-9-I.   Division One.   March 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH NATHAN
McCLAIN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 05-1-04763-8, Deborah D. Fleck, J., entered
January 12, 2009. *Affirmed* by unpublished opinion per
Cox, J., concurred in by Grosse and Appelwick, JJ.

[No. 62926-3-I.   Division One.   March 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL RYAN,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 02-1-10297-9, Michael Heavey, J., entered
January 26, 2009. *Affirmed* by unpublished opinion per
Appelwick, J., concurred in by Schindler, C.J., and Cox, J.

[No. 62952-2-I.   Division One.   March 8, 2010.]

DOUGLAS J. KEHRES ET AL., *Appellants*, v. GREGORY L. URSICH
ET AL., *Individually and as Attorneys, Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 08-2-13428-8, Catherine D. Shaffer, J., entered
January 13, 2009. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Grosse and Leach, JJ.